AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**

APR 1 3 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Pedro Paulo ARREDONDO-Valenzuela | ) Case No. |
|  | ) |
|  | ) |

Case No.

09-M- 2601 G

_____
Defendant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  04/05/2009  in the county of  El Paso  in the  Western  District of

Texas  , the defendant violated  8  U. S. C. §  1326

, an offense described as follows:

An alien who had been excluded, deported and removed from the United States and who
had not received consent to reapply for admission from the Attorney General of the
United States or the Secretary of Homeland Security, the successor, pursuant to Title 6,
United States Code, Sections 202(3), 202(4), and 557, was found in the
United States.

This criminal complaint is based on these facts:

On April 05, 2009, the Defendant Pedro Paulo ARREDONDO-Valenzuela was encountered at the El Paso County Jail
by Agent Hector Marquez.  Agent Marquez identified himself as an Immigration Enforcement Agent and questioned the
Defendant as to his citizenship and immigration status. The Defendant readily admitted that he was a citizen and
national of Mexico without any immigration documents allowing him to be or remain in the United States lawfully.

☑ Continued on the attached sheet.

_____
Complainant's signature

Raymon Rosado, Immigration Enforcement Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:  04/13/2009

_____
Judge's signature

City and state:  El Paso, Texas

Norbert J. Garney, U.S. Magistrate Judge
_____
Printed name and title

Pedro Paulo ARREDONDO-Valenzuela

April 13, 2009

FACTS  (CONTINUED)
From statements made by the Defendant to the encountering agent(s), it was determined that the Defendant is an alien illegally in the United States.  The Defendant was advised of his rights on Form Statement of Rights.

The Defendant was enrolled into the ENFORCE/IDENT/IAFIS systems, which revealed that the Defendant had a criminal and immigration history.

The Defendant's immigration record checks revealed that the Defendant has been previously removed from the United States to Mexico on or about September 02, 2005 through Del Rio, Texas.

Further immigration records checks revealed that the defendant has not received the permission from the Attorney General of the United States or the Secretary of Homeland Security to apply for admission into the United States.

On April 09, 2009 the defendant was arrested and booked in to the El Paso County Detention Facility pending his initial appearance in United States Magistrate Court.

Immigration History:

DACS-DEPORTED  ELP   11/18/1993
DACS-DEPORTED  HID   07/29/1997
DACS-DEPORTED  DLR   09/02/2005

Criminal History:

1-ARRESTED OR RECEIVED 1993/09/03  SID- TX05159759
   AGENCY-POLICE DEPARTMENT EL PASO (TX0710200)
   AGENCY CASE-264993 NAME USED-ARREDONDO,PEDRO VALENZUELA
   CHARGE 1-AGGRAVATED ASSAULT F/V
   CHARGE-ASSAULT CLASS A
   SENTENCE-11-12-93 P/G 120 DAYS JAIL

2-ARRESTED OR RECEIVED 1996/09/19  SID- TX05159759
   AGENCY-POLICE DEPARTMENT EL PASO (TX0710200)
   AGENCY CASE-0264993 NAME USED-VALENZUELA,PEDRO
   CHARGE 1-ASSAULT CLASS A/FAMV
   DISPOSITION-RESEARCHING

3-ARRESTED OR RECEIVED 2004/10/19  SID- TX05159759
   AGENCY-POLICE DEPARTMENT EL PASO (TX0710200)
   AGENCY CASE-9050638309 NAME USED-VALENZUELA,PEDRO ARREDONDO
   CHARGE 1-THEFT >=$50<$500
   COURT-CO COURT AT LAW NO 2 EL PASO (TX071113J)
   CHARGE-THEFT PROP>=$50 < $500
   SENTENCE-2004-10-20 CONVICTED TME-0Y0M20D  CST-0231